B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Guerra, Colleen P** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **fka Colleen Barrett; fka Colleen Garhammer** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-0819** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **16024 Forest Avenue Oak Forest IL 60452**   ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: *Cook County* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

KENNETH S. GARDNER, CLERK
PS REP. - MBM

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 16 2011

B1 (Official Form 1) (4/10)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s):  **Colleen P Guerra** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br><div align="right">Date</div> |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.14.1, ID 0884875972)

B1 (Official Form 1) (4/10)

<div style="text-align:right">Page 3</div>

| **Voluntary Petition** | Name of Debtor(s): **Colleen P Guerra** |
|---|---|
| *(This page must be completed and filed in every case)* | |

<div style="text-align:center">**Signatures**</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Colleen P Guerra_

X _____

**(708) 704-4734**
Telephone Number (If not represented by attorney)

~~9/8/2011~~ 9/16/2011
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X **Debtor not represented by attorney** ____ Bar No.

Phone No. _____ Fax No. _____

Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Andria Guerra**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**15028 S Cicero Ave Ste B**
**Oak Forest IL 60452**

Address

X _____

9/8/2011
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)   UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Colleen P Guerra**

Case No. _____
(if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)   **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Colleen P Guerra**                                      Case No. _____
                                                                              (if known)

              Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                              Colleen P Guerra

Date: _____~~9/8/2011~~  9/16/2011

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Colleen P Guerra**

Case No.

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $2,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $12,493.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | $91,687.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,303.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,315.00 |
| TOTAL | | 43 | $2,600.00 | $104,180.93 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **Colleen P Guerra**

Case No.

Chapter        **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $12,493.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$12,493.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,303.00 |
| Average Expenses (from Schedule J, Line 18) | $2,315.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,303.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $12,493.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $91,687.93 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $91,687.93 |

B6A (Official Form 6A) (12/07)

In re  **Colleen P Guerra**                                     Case No. _____
                                                                              (if known)


# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |

**Total:** $0.00

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Colleen P Guerra**

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | - | $5.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account, Bank of America | - | $20.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household furniture, electronics | - | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | family clothing | - | $350.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Colleen P Guerra**    Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Child support (social security) father's disability checks | - | $275.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Colleen P Guerra**                                        Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Chevy Calvier, 90,000 miles value $1450 kbb.com | - | $1,450.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Colleen P Guerra**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached                              Total >        $2,600.00
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Colleen P Guerra**                                      Case No. _____
                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under.          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption* | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| cash | | $5.00 | $5.00 |
| Checking account, Bank of America | | $20.00 | $20.00 |
| household furniture, electronics | | $500.00 | $500.00 |
| family clothing | | $350.00 | $350.00 |
| Child support (social security) father's disability checks | | $275.00 | $275.00 |
| 1998 Chevy Calvier, 90,000 miles value $1450 kbb.com | | $1,450.00 | $1,450.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $2,600.00 | $2,600.00 |

B6D (Official Form 6D) (12/07)

In re  **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $0.00 | $0.00 |
| | | | Total (Use only on last page) > | | | | $0.00 | $0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____ **No**_____ continuation sheets attached

B6E (Official Form 6E) (04/10)

In re  **Colleen P Guerra**                                          Case No. _____
                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Colleen P Guerra**                                    Case No. _____

                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx9319<br><br>College Foundation of NC<br>2917 Highwoods Blvd<br>Raleigh NC 27604 | | - | DATE INCURRED: **04/01/03**<br>CONSIDERATION:<br>**College Loan**<br>REMARKS: | | | | $4,294.00 | $4,294.00 | $0.00 |
| ACCT #: xxxx9419<br><br>College Foundation of NC<br>2917 Highwoods Blvd<br>Raleigh NC 27604 | | | DATE INCURRED: **10/01/2001**<br>CONSIDERATION:<br>**College Loan**<br>REMARKS: | | | | $3,280.00 | $3,280.00 | $0.00 |
| ACCT #: xxxx9219<br><br>College Foundation of NC<br>2917 Highwoods Blvd<br>Raleigh NC 27604 | | - | DATE INCURRED: **10/01/2001**<br>CONSIDERATION:<br>**College Loan**<br>REMARKS: | | | | $2,650.00 | $2,650.00 | $0.00 |
| ACCT #: xxxx9519<br><br>College Foundation of NC<br>2917 Highwoods Blvd<br>Raleigh NC 27604 | | - | DATE INCURRED: **04/01/2003**<br>CONSIDERATION:<br>**College Loan**<br>REMARKS: | | | | $2,269.00 | $2,269.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | $12,493.00 | $12,493.00 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $12,493.00 | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $12,493.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx / xxxxxxxxxxxx7380 **Academy Collection Service, Inc.** PO Box 16119 Philadelphia, PA 19114-0119 | | - | DATE INCURRED: 08/11/08 CONSIDERATION: **Collecting for - Best Buy Co Inc. / HSBC** REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxxxxxx9393 **Adler & Associates, LTD** 25 E Washington #500 Chicago IL 60602 | | - | DATE INCURRED: 01/01/01 CONSIDERATION: **Collecting for - GEMB/Walmart** REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxxxxxx5942 **Advantage Assets II Inc.** 7322 Southwest Fwy, Ste 1600 Houston Tx 77074 | | - | DATE INCURRED: 01/01/2010 CONSIDERATION: **Collecting for - Citibank** REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxx / xxxxx8683 **Advocate Christ Hospital** 4440 West 95th Street Oak Lawn, IL 60453 | | - | DATE INCURRED: 08/6/09 CONSIDERATION: **Medical Center** REMARKS: | | | | $3,952.00 |
| ACCT #: xxxxx3556 **Advocate Good Samaritan Hospital** 3815 Highland Avenue Downers Grove IL 60515 | | - | DATE INCURRED: 1/31/10 CONSIDERATION: **Medical** REMARKS: **South Downers Urgent Care** | | | | $638.90 |
| ACCT #: xxxxx8686 **Advocate Medical Group** 21014 Network Place Chicago IL 60673.1210 | | - | DATE INCURRED: 10/6/2010 CONSIDERATION: **Medical** REMARKS: | | | | $344.00 |
| | | | Subtotal > | | | | $4,934.90 |
| | | | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

___29___ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xx-xx6353<br>**Albert Law Firm**<br>29 N Wacker Dr #550<br>Chicago IL 60606 | | - | DATE INCURRED:  07/22/2010<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $7,500.00 |
| ACCT #:  xxxxxxxxx5290<br>**Allgate Financial LLC**<br>707 Skokie Blvd, Ste 375<br>Northbrook IL 60062 | | - | DATE INCURRED:  10/01/2010<br>CONSIDERATION:<br>**Collecting for - Target National Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx / xxxxx0471<br>**Allied Interstate, Inc**<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231 | | - | DATE INCURRED:  3/25/09<br>CONSIDERATION:<br>**Collecting for - Target National Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx5 438<br>**Alltel**<br>PO Box 96019<br>Charlotte NC 28296.0019 | | - | DATE INCURRED:  5/27/09<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $357.48 |
| ACCT #:  xxxxxx6353<br>**Alpine Capital Inv**<br>c/o Albert Law Firm<br>205 W. Randolph, Ste 920<br>Chicago IL 60606 | | - | DATE INCURRED:  11/24/10<br>CONSIDERATION:<br>**Collecting for - US Bank**<br>REMARKS:<br>$6120.98 + court costs | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-9510<br>**Argent Holdings, LLC**<br>1867 N 1725 W<br>Ogden UT 84404.2777 | | - | DATE INCURRED:  03/23/10<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $6,120.98 |

Sheet no. ___1___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $13,978.46

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx5661<br>**ARM Account Receivable Management, Inc**<br>PO Box 129<br>Thorofare, NJ 08086-0129 | | - | DATE INCURRED:  2/13/09<br>CONSIDERATION:<br>**Collecting for - Wachovia Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx / xxxxxxxxxx0139<br>**ARM Account Receivable Management, Inc**<br>PO Box 129<br>Thorofare, NJ 08086-0129 | | - | DATE INCURRED:  7/3/08<br>CONSIDERATION:<br>**Collecting for - Wachovia Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx.xx.0819<br>**Army & Air Force Exchange Service**<br>Attn:  GC-G&R<br>PO Box 650062<br>Dallas TX 75265.9505 | | - | DATE INCURRED:  9/11/08<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS: | | | | $55.60 |
| ACCT #:  xxxx8642<br>**Asset Acceptance Corp**<br>PO Box 2036<br>Warren MI 48090-2036 | | - | DATE INCURRED:  12/1/10<br>CONSIDERATION:<br>**Collecting for - Wachovia Card Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx7026<br>**Asset Acceptance/Childrens Place**<br>7027 Miller Rd<br>Warren, MI 48092 | | - | DATE INCURRED:  9/21/10<br>CONSIDERATION:<br>**Collecting for - Citibank**<br>REMARKS:<br>6011.644313.589664 | | | | $0.00 |
| ACCT #:  x xxx9859<br>**Associated Laboratory Physicians S**<br>PO Box 74821<br>Chicago IL 60694.4821 | | - | DATE INCURRED:  3/2/09<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $128.00 |

Sheet no. ___2___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $183.60

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx0349<br>**Associated Recovery Systems**<br>A Division of ARS National Services, Inc<br>P.O. Box 463023<br>Escondido, CA 92046.3023 | | - | DATE INCURRED: **04/08/10**<br>CONSIDERATION:<br>**Collecting for - Target National Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx.xxxx.xxxxxxxxxxxxx / xxxx-0!<br>**Balboa Insurance Company**<br>3349 Michelson Drive<br>Suite 200<br>Irvine CA 92612.8893 | | - | DATE INCURRED: **10/3/08**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS:<br>**Notice # AF9077551 - 12/15/08** | | | | $1,164.00 |
| ACCT #:  xxx x xx3043<br>**Bank of America**<br>PO Box 17054<br>Wilmington DE 19884 | | - | DATE INCURRED: **08/01/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Velocity Investments** | | | | $1,238.67 |
| ACCT #:<br>**BB&T Recovery Department**<br>PO Box 1847<br>Wilson NC 27894 | | - | DATE INCURRED: **08/15/2009**<br>CONSIDERATION:<br>**Credit**<br>REMARKS:<br>**vehicle was sold to salvage yard** | | | | $875.00 |
| ACCT #:  xxxxxxxxxxxxxx6021<br>**Cacsi**<br>16011 College Blvd<br>Suite 101<br>Lenexa KS 66219 | | - | DATE INCURRED: **4/1/10**<br>CONSIDERATION:<br>**Collecting for - Paypal**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx3255<br>**Capital Management Services, LP**<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 | | - | DATE INCURRED: **1/5/10**<br>CONSIDERATION:<br>**Collecting for - Chase Bank, NA**<br>REMARKS: | | | | $0.00 |

Sheet no. ___3___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $3,277.67

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx1170<br>**Capitol Insurance Agency**<br>**6212 West 111th Street**<br>**Chicago Ridge IL 60415** | | - | DATE INCURRED:  **9/11/09**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $190.41 |
| ACCT #:  xxxxxx3828<br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216-3250** | | - | DATE INCURRED:  **06/25/10**<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless**<br>REMARKS:<br>**0721411092000001** | | | | $0.00 |
| ACCT #:  xxxxxxxxxxx9664<br>**CBE Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls IA 50613** | | - | DATE INCURRED:  **5/21/09**<br>CONSIDERATION:<br>**Collecting for - Citibank SD NA / Children's Place**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxx0001<br>**CBE Group**<br>**1309 Technolgy Pkwy**<br>**Cedar Falls IA 50613** | | - | DATE INCURRED:  **01/01/01**<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless**<br>REMARKS:<br>**$385.42** | | | | $0.00 |
| ACCT #:  xxxx.xx5334<br>**Cedar Creek Urgent Care**<br>**PO Box 1689**<br>**Etowah NC 28729.1689** | | - | DATE INCURRED:  **03/25/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $147.00 |
| ACCT #:  3757<br>**Celia Mendes MD PA**<br>**1357 Walter Reed RD201**<br>**Fayetteville NC 28304** | | - | DATE INCURRED:  **6/13/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,289.00 |

Sheet no. ___4___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $1,626.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**                                     Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx7380<br>**Central Credit Services Inc.**<br>PO Box 15118<br>Jacksonville FL 32239.5118 | | - | DATE INCURRED:  1/6/09<br>CONSIDERATION:<br>**Collecting for - LVNV Funding LLC / HSBC Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx3576<br>**Certegy Payment Recovery Services Inc.**<br>3500 5th Street<br>Northport AL 35476 | | - | DATE INCURRED:  04/29/10<br>CONSIDERATION:<br>**Collecting for - Supervalu 3163 Jewel/Osco**<br>REMARKS: | | | | $0.00 |
| ACCT #:  x4832<br>**Chang Dental Center**<br>6070 S Route 53<br>Lisle IL 60532 | | - | DATE INCURRED:  01/19/10<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $60.10 |
| ACCT #:  xxxxxxxxxxxx3255<br>**Chase**<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | - | DATE INCURRED:  1/5/10<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $872.21 |
| ACCT #:  xxxx8984<br>**Chase Receivables**<br>1247 Broadway<br>Sonoma CA 95476 | | - | DATE INCURRED:  1/1/09<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx2514<br>**Christ Medical Group**<br>701 Lee Street<br>Des Plaines IL 60016 | | - | DATE INCURRED:  8/12/09<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $75.00 |

Sheet no. ___5___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                                                                $1,007.31

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx5942<br>Citi<br>PO Box 6241<br>Sioux Falls, SD 57117 | | - | DATE INCURRED:  01/10/10<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $752.56 |
| ACCT #:  xxxxxxxxxx1251<br>Citibank N.A.<br>PO Box 1192<br>Sioux Falls, SD 57101 | | - | DATE INCURRED:  10/28/10<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $902.36 |
| ACCT #:  xxxxxxxxxxxx9664<br>Citibank SD NA<br>PO Box 6241<br>Sioux Falls, SD 57117 | | - | DATE INCURRED:  5/21/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $640.58 |
| ACCT #:  xxxxxx / xx8238<br>City of Oak Forest<br>PO Box 438495<br>Chicago IL 60643 | | - | DATE INCURRED:  3/2/10<br>CONSIDERATION:<br>**Emergency**<br>REMARKS: | | | | $1,025.00 |
| ACCT #:  xxxxxxxxxxxxx9700<br>Collect America dba Square Two Financial<br>4240 S Monaco, Second Floor<br>Denver CO 80237 | | - | DATE INCURRED:  10/09/09<br>CONSIDERATION:<br>**Collecting for - Sears Premier Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx1306<br>Collins Financial Services<br>2101 West Ben White Boulevard<br>Austin TX 78704.7517 | | - | DATE INCURRED:  5/4/09<br>CONSIDERATION:<br>**Collecting for - GEMB / Wal-Mart**<br>REMARKS: | | | | $0.00 |

Sheet no. ___6___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,320.50

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx7380<br>Corporate Reeivables, Inc.<br>PO Box 32995<br>Phoenix AZ 85064.2995 | | - | DATE INCURRED:  1/6/09<br>CONSIDERATION:<br>Collecting for - HSBC Bank Nevada NA<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx xxx8114<br>Cottonwood Financial IL LLC / Cash Store<br>1901 Gateway Drive, Suite 200<br>Irving TX 75038 | | - | DATE INCURRED:  1/18/10<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $627.54 |
| ACCT #:  xxxxxxx1616<br>Credit Collection Services<br>Two Wells Ave<br>Dept. 587<br>Newton, MA 02459 | | - | DATE INCURRED:  6/13/08<br>CONSIDERATION:<br>Collecting for - Quest Diagnostics<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx4567<br>Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007 | | - | DATE INCURRED:  7/19/08<br>CONSIDERATION:<br>Collecting for - Time Warner Cable<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx7800<br>Credit Pac<br>PO Box 273<br>Tinley Park IL 60477 | | - | DATE INCURRED:  09/30/10<br>CONSIDERATION:<br>Collecting for - Silver Lake Dental<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx7421<br>Creditors' Protection Service, Inc.<br>202 W State Street, Suite 300<br>PO Box 4115<br>Rockford IL 61110.0615 | | - | DATE INCURRED:  06/2/10<br>CONSIDERATION:<br>Collecting for - Physicians Immediate Care<br>REMARKS: | | | | $0.00 |

Sheet no. _____7_____ of _____29_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $627.54

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx.x1003<br>**Dependon Collection Serv**<br>PO Box 4833<br>Oak Brook IL 60523.4833 | | - | DATE INCURRED:  **1/8/10**<br>CONSIDERATION:<br>**Collecting for - Sullivan Urgent Aid Center**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx5704<br>**Dependon Collection Serv**<br>7627 W Lake St, #210<br>River Forest, IL 60305 | | - | DATE INCURRED:  **01/01/2009**<br>CONSIDERATION:<br>**Collecting for - Medical Payment Data**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx117-0<br>**Direct Auto**<br>330 South Wells<br>Suite 910<br>Chicago IL 60606 | | - | DATE INCURRED:  **12/31/09**<br>CONSIDERATION:<br>**Collecting for - Capitol Insurance Agency**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx x. xxerra<br>**Dom Porto Insurance Agency**<br>1625 Cimarron Drive<br>New Lenox IL 60451 | | - | DATE INCURRED:  **1/10/10**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $15.00 |
| ACCT #:  xxxx6040<br>**Dupage Emergency Physicians**<br>3815 Highland Avenue<br>Downers Grove IL 60515.1500 | | - | DATE INCURRED:  **1/31/10**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $141.00 |
| ACCT #:  xxxxxxxxxxx3893<br>**Dynamic Recovery Solutions**<br>PO Box 25759<br>Greenville SC 29616.0759 | | - | DATE INCURRED:  **04/26/10**<br>CONSIDERATION:<br>**Collecting for - CVS**<br>REMARKS: | | | | $0.00 |

Sheet no. ___8___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $156.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx3887<br>**Dynamic Recovery Solutions**<br>PO Box 25759<br>Greenville SC 29616.0759 | | - | DATE INCURRED: 4/26/10<br>CONSIDERATION:<br>**Collecting for - CVS**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxx-xxxx-xxxx-9510<br>**Elan Financial Services**<br>PO box 108<br>St. Louis MO 63166.9801 | | - | DATE INCURRED: 9/19/09<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxx3066<br>**Encore Receivable Managment Inc.**<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330 | | - | DATE INCURRED: 03/19/09<br>CONSIDERATION:<br>**Collecting for - Citibank (SD NA / The Home Depot**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxx4367<br>**Encore Receivable Managment Inc.**<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330 | | - | DATE INCURRED: 05/04/09<br>CONSIDERATION:<br>**Collecting for - GE Money Bank / JC Penney**<br>REMARKS: | | | | $0.00 |
| ACCT #: x xxxx3749<br>**ER Solutions, Inc**<br>800 SW 39th St<br>PO Box 9004<br>Renton, WA 98057 | | - | DATE INCURRED: 04/23/10<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless (Carolina)**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxxxx / xxxx8808<br>**Essential StaffCare**<br>PO Box 6702<br>Columbia SC 29260 | | - | DATE INCURRED: 11/24/09<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $830.00 |

Sheet no. ___9___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $830.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx3905<br>Eye Med Vision Care<br>4000 Luxottica Place<br>Mason OH 45040 | | - | DATE INCURRED:  03/25/09<br>CONSIDERATION:<br>Vision<br>REMARKS: | | | | $20.00 |
| ACCT #:  xxxxxx xxerra<br>Family Dollar<br>PO Box 1017<br>Charlotte NC 28201.1017 | | - | DATE INCURRED:  03/01/08<br>CONSIDERATION:<br>Store Credit<br>REMARKS: | | | | $48.00 |
| ACCT #:  xxxxxxxxxx1001<br>FBCS Inc<br>2200 Byberry Rd, Suite 120<br>Hatboro, PA 19040-3738 | | - | DATE INCURRED:  9/3/10<br>CONSIDERATION:<br>Collecting for - Branch Banking & Trust Co.<br>REMARKS: | | | | $0.00 |
| ACCT #:  x7186<br>Field Surgical Associates Ltd.<br>71 West 156th Street, Suite 309<br>Harvey IL 60426.4264 | | - | DATE INCURRED:  10/27/08<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $4,805.00 |
| ACCT #:  xxxxxxx9757<br>Fifth Third Bank<br>Fifth Third Center<br>Cincinnati OH 45202 | | - | DATE INCURRED:  05/3/10<br>CONSIDERATION:<br>Checking Account<br>REMARKS: | | | | $1,050.68 |
| ACCT #:  xx7380<br>Financial Recovery Servicecs, Inc.<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | | - | DATE INCURRED:  06/7/10<br>CONSIDERATION:<br>Collecting for - Best Buy, Resurgent Cap<br>REMARKS: | | | | $0.00 |

Sheet no. __10__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $5,923.68

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-9510<br>**First South Bank**<br>PO Box 790408<br>St. Louis MO 63179-0408 | | - | DATE INCURRED:  02/13/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,197.19 |
| ACCT #:  xxx0523<br>**Firstpoint Collection Reso**<br>Consumer Contact Center<br>Roanoke VA 24018 | | - | DATE INCURRED:  04/01/2009<br>CONSIDERATION:<br>**Collecting for - GMAC**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx5606<br>**Firstsource Advantage, LLC**<br>205 Bryant Woods South<br>Amherst NY 14228 | | - | DATE INCURRED:  3/10/09<br>CONSIDERATION:<br>**Collecting for - RJM Acquisitions LLC**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx9393<br>**FMS Inc.**<br>PO Box 707600<br>Tulsa, OK 74170-7600 | | - | DATE INCURRED:  9/8/09<br>CONSIDERATION:<br>**Collecting for - GE Money Bank / Wal-Mart**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx / 1006<br>**Food Lion**<br>PO Box 1549<br>Salisbury NC 28145.1549 | | - | DATE INCURRED:  1/26/08<br>CONSIDERATION:<br>**Merchandise**<br>REMARKS: | | | | $39.58 |
| ACCT #:  xxxx-xx-xx3043<br>**Freedman Anselmo Lindberg & Rappe LLC**<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228 | | - | DATE INCURRED:  02/18/2011<br>CONSIDERATION:<br>**Collecting for - Velocity Investments**<br>REMARKS: | | | | $0.00 |

Sheet no. ___11___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $6,236.77

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Colleen P Guerra**                                                     Case No. _____

                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxx / xxxx.xx7161<br>**Friedman & Wexler, LLC**<br>500 W. Madison St, Suite 2910<br>Chicago IL 60661.2587 | | - | DATE INCURRED:  03/2/08<br>CONSIDERATION:<br>**Collecting for - Telecheck Services Inc.**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx1251<br>**GC Services**<br>PO Box 663<br>Elgin, IL 60121 | | - | DATE INCURRED:  4/3/09<br>CONSIDERATION:<br>**Collecting for - Citibank SD NA / Sears Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx3248<br>**GE Money Bank**<br>PO Box 950061<br>Orlando FL 32896 | | - | DATE INCURRED:  09/22/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $306.72 |
| ACCT #:  xxxxxxxxxxxx9393<br>**GEMB/Walmart DC**<br>PO BOX 981064<br>EL PASO, TX 79998.1064 | | - | DATE INCURRED:  3/1/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,063.02 |
| ACCT #:  xx7380<br>**Granite Asset Management LLC**<br>c/o Dept. 813<br>PO Box 4111<br>Concord CA 94524.4111 | | - | DATE INCURRED:  06/7/10<br>CONSIDERATION:<br>**Collecting for - Best Buy - Resurgent Cp**<br>REMARKS: | | | | $0.00 |
| ACCT #:  6571<br>**Guardian Hart Medical Care**<br>1074 Southern Avenue<br>Fayetteville NC 28306 | | - | DATE INCURRED:  3/25/08<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $147.00 |

Sheet no. ___12___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $1,516.74

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx7407<br>Harris & Harris, Ltd.<br>222 Merchandise Mart #1900<br>Chicago IL 60654 | | - | DATE INCURRED:  07/01/2011<br>CONSIDERATION:<br>**Collecting for - Nicor Gas**<br>REMARKS:<br>$984.20 | | | | $0.00 |
| ACCT #:  xxxx8150<br>Harvard Collections<br>4839 N Elston<br>Chicago, IL 60630 | | - | DATE INCURRED:  07/01/2010<br>CONSIDERATION:<br>**Collecting for - PLS Financial Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx8688<br>Harvard Collections<br>4839 N Elston<br>Chicago, IL 60630 | | - | DATE INCURRED:  07/01/2010<br>CONSIDERATION:<br>**Collecting for - PLS Fin Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx8700<br>Harvard Collections<br>4839 N Elston<br>Chicago, IL 60630 | | - | DATE INCURRED:  07/01/2010<br>CONSIDERATION:<br>**Collecting for - PLS Financial Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-9510<br>Haster Law Office, PA<br>6640 Shady Oak Road, Suite 340<br>Eden Prairie MN 55344.7720 | | - | DATE INCURRED:  03/23/10<br>CONSIDERATION:<br>**Collecting for - Argent Holdings, LLC**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxx-xxxxxx2-624<br>Helvey & Associates Inc.<br>1015 E. Center Street<br>Warsaw IN 46580.3420 | | - | DATE INCURRED:  04/01/10<br>CONSIDERATION:<br>**Collecting for - Kroger Check Recovery**<br>REMARKS: | | | | $0.00 |

Sheet no. ____13____ of ____29____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx-xxxxxx2-623<br>Helvey & Associates Inc.<br>1015 E. Center Street<br>Warsaw IN 46580.3420 | | - | DATE INCURRED:  04/01/10<br>CONSIDERATION:<br>**Collecting for - Kroger Check Recovery**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxx xxerra<br>**High Street Pharmacy**<br>2320 High Street<br>Blue Island IL 60406.2426 | | - | DATE INCURRED:  04/13/10<br>CONSIDERATION:<br>**Pharmacy**<br>REMARKS: | | | | $61.96 |
| ACCT #:  xxxxx-xxxxxxxx7380<br>**HSBC/Best Buy**<br>1405 Foulk Road<br>Wilmington DE 19808 | | - | DATE INCURRED:  8/11/08<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,940.96 |
| ACCT #:  x xxxxxx / xxxx xxxxxxx xxxuron<br>**Hyundai Motor Finance Co**<br>1960 Skibo Road<br>PO Box 42007<br>Fayetteville NC 28309 | | - | DATE INCURRED:  5/31/08<br>CONSIDERATION:<br>**Auto**<br>REMARKS: | | | | $2,500.00 |
| ACCT #:  xxxx5490<br>**IC System Inc.**<br>PO Box 1010<br>Tinley Park IL 60477.9110 | | - | DATE INCURRED:  2/8/10<br>CONSIDERATION:<br>**Collecting for - Advocate Christ Hospital**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx9776<br>**Illinois Collection Services**<br>3101 W 95th St<br>Evergreen Park, IL 60805 | | - | DATE INCURRED:  07/01/2010<br>CONSIDERATION:<br>**Collecting for - Medical Payment Data**<br>REMARKS: | | | | $0.00 |

Sheet no. ____14____ of ____29____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,502.92

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxx0901<br>Integon National Insurance Co.<br>PO Box 3199<br>Winston-Salem NC 27102.3199 | | - | DATE INCURRED:  3/24/09<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $190.41 |
| ACCT #:  x 3248<br>JC Penney<br>PO Box 981131<br>El Paso TX 79998.1131 | | - | DATE INCURRED:  4/10/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $289.00 |
| ACCT #:  xx2618<br>Keynote Consulting<br>220 W Campus Drive, Suite 102<br>Arlington Heights IL 60004 | | - | DATE INCURRED:  1/14/10<br>CONSIDERATION:<br>**Collecting for - Posen Fire Protection District**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xx3 & 624<br>Kroger<br>Dept 86130<br>PO Box 1259<br>Oaks PA 19456 | | - | DATE INCURRED:  04/10/10<br>CONSIDERATION:<br>**Store**<br>REMARKS: | | | | $249.34 |
| ACCT #:  xxercl<br>Lagrange Road Pharmacy<br>17495 S Lagrange Road<br>Tinley Park IL 60477 | | - | DATE INCURRED:  01/30/10<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $41.96 |
| ACCT #:  xxxxxx69.10<br>Law Offices of Mitchell N. Kay, P.C.<br>PO Box 2374<br>Chicago IL 60690.2374 | | - | DATE INCURRED:  8/23/09<br>CONSIDERATION:<br>**Collecting for - RJM Acquisitions LLC**<br>REMARKS: | | | | $0.00 |

Sheet no.   **15**   of   **29**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $770.71

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colleen P Guerra**

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxxxxxxxxx9393<br>**LTD Financial Services**<br>7322 Southwest Freeway, suite 1600<br>Houston, TX 77074 | | - | DATE INCURRED: 3/1/09<br>CONSIDERATION:<br>**Collecting for - GE Money Bank / Wal-Mart / Collin**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xx x xxxxxxxxxxxx5942<br>**LTD Financial Services, LP**<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 | | - | DATE INCURRED: 02/8/10<br>CONSIDERATION:<br>**Collecting for - Citibank -Advantage Assets**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx xxxxxxxxxxxx5942<br>**LTD Financial Services, LP**<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 | | - | DATE INCURRED: 02/172011<br>CONSIDERATION:<br>**Collecting for - Citibank Home Depot**<br>REMARKS:<br>**752.56 ref 012777525** | | | | $0.00 |
| ACCT #:  xxxxxx8702<br>**Lumbee River Electric Membership Corp**<br>PO Box 830<br>Red Springs NC 28377.0830 | | - | DATE INCURRED: 12/3/08<br>CONSIDERATION:<br>**Electric**<br>REMARKS: | | | | $1,111.18 |
| ACCT #:  xxxxxxxxxxxx7380<br>**LVNV Funding LLC**<br>PO Box 740281<br>Houston, TX 77274 | | - | DATE INCURRED: 1/6/09<br>CONSIDERATION:<br>**Collecting for - HSBC Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx7380<br>**LVNV Funding LLC**<br>PO Box 740281<br>Houston TX 77274 | | - | DATE INCURRED: 10/23/09<br>CONSIDERATION:<br>**Collecting for - HSBC Bank / Resurgent Cap**<br>REMARKS: | | | | $0.00 |

Sheet no. ___16___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,111.18

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx8686<br>**Malcolm S Gerald & Associates**<br>332 South Michigan #600<br>Chicago IL 60604 | | - | DATE INCURRED:  03/03/2011<br>CONSIDERATION:<br>**Collecting for - Advocate Medical Group**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx.5680<br>**MCS Collections Inc.**<br>725 S Wells St, Ste 501<br>Chicago IL 60607 | | - | DATE INCURRED:  04/01/2011<br>CONSIDERATION:<br>**Collecting for - Radiology Imaging Cons.**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx7184<br>**Medical Recovery Specialists, Inc**<br>2350 E Devon Ave, #225<br>Des Plaines, IL 60018-4519 | | - | DATE INCURRED:  01/31/10<br>CONSIDERATION:<br>**Collecting for - Good Samaritan Hospital**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx3411<br>**Midland Funding, LLC - GE**<br>5575 Roscoe Court<br>San Diego CA 91823 | | - | DATE INCURRED:  9/22/09<br>CONSIDERATION:<br>**Collecting for - GEMB**<br>REMARKS:<br>**6008895330633248 15236197090900187** | | | | $0.00 |
| ACCT #:  xxxxxxxxx1080<br>**Midwest Diagnostic Pathology, SC**<br>75 Remittance Dr, #3070<br>Chicago, IL 60675-3070 | | - | DATE INCURRED:  11/7/09<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $94.00 |
| ACCT #:  xxxxx-xx4498<br>**National Asset Management, LLC**<br>348 Merchant Street<br>Ambridge PA 15003 | | - | DATE INCURRED:  3/25/08<br>CONSIDERATION:<br>**Collecting for - Guardian Hart Medical Care**<br>REMARKS:<br>**6571** | | | | $0.00 |

Sheet no. ___17___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $94.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx9757 <br> **Nationwide Credit, Inc.** <br> **2015 Vaughn Rd NW, Suite 400** <br> **Kennesaw GA 30144.7802** | | - | DATE INCURRED:  **05/29/10** <br> CONSIDERATION: <br> **Collecting for - Fifth Third Bank** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx5290 <br> **NCO Financial Systems, Inc** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | - | DATE INCURRED:  **1/9/10** <br> CONSIDERATION: <br> **Collecting for - Target National Bank** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-9664 <br> **NCO Portfolio Management** <br> **PO Box 15889** <br> **Wilmington DE 19850.5889** | | - | DATE INCURRED:  **3/4/09** <br> CONSIDERATION: <br> **Collecting for - Children's Place** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xx8980 <br> **Neurology Consultants SC** <br> **Dr. Kenneth Holmes** <br> **10660 West 143rd Street, Suite B** <br> **Orland Park IL 60462** | | - | DATE INCURRED:  **05/20/10** <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | $98.60 |
| ACCT #:  xxxxx5499 <br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora IL 60507** | | - | DATE INCURRED:  **05/01/10** <br> CONSIDERATION: <br> **Utility** <br> REMARKS: | | | | $984.20 |
| ACCT #:  x1898 <br> **North American Emergency Medical Center** <br> **1254 Ogden Avenue** <br> **Downers Grove IL 60515** | | - | DATE INCURRED:  **11/24/09** <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | $576.43 |

Sheet no. ___18___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,659.23

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx xx9393<br>**Northland Group Inc.**<br>PO Box 390846<br>**Minneapolis MN 55439**<br>**Mail Code PRG1** | | - | DATE INCURRED:  **2/9/10**<br>CONSIDERATION:<br>**Collecting for - GEMB/Wal Mart-Paragon Way, Inc.**<br>REMARKS:<br>**Precision Rcvy Analytics** | | | | $0.00 |
| ACCT #:  xxxxx0201<br>**Northland Group Inc.**<br>PO Box 390905<br>**Minneapolis MN 55439**<br>**Mail Code C312** | | - | DATE INCURRED:  **9/5/09**<br>CONSIDERATION:<br>**Collecting for - Citibank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxx6097<br>**Northland Group Inc.**<br>PO Box 390905<br>**Minneapolis MN 55439**<br>**Mail Code C312** | | - | DATE INCURRED:  **3/8/10**<br>CONSIDERATION:<br>**Collecting for - Children's Place**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxx1169<br>**Oaklawn Radiology Imaging Consultants SC**<br>37241 Eagle Way<br>Chicago, IL 60678-1372 | | - | DATE INCURRED:  **08/06/09**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Case 100061723** | | | | $263.00 |
| ACCT #:  xxx366 1<br>**Oakview Dental Group**<br>5950 W 159th Street<br>Oak Forest IL 60452.3164 | | - | DATE INCURRED:  **8/31/09**<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $955.20 |
| ACCT #:  xx x xx0794<br>**Office of Cook County Public Guardian**<br>Maria Silva<br>69 W Washington Street, #700<br>Chicago IL 60602 | | - | DATE INCURRED:  **12/15/10**<br>CONSIDERATION:<br>**Court**<br>REMARKS: | | | | $350.00 |

Sheet no. _____19_____ of _____29_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,568.20

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xx x xx0794<br>**Office of the Public Guardian**<br>2245 W Ogden Avenue<br>Chicago IL 60612 | | - | DATE INCURRED:  **11/30/2010**<br>CONSIDERATION:<br>**Service**<br>REMARKS: | | | | $350.00 |
| ACCT #:   xxx xxxxxxxxxxxx9393<br>**Paragon Way, Inc.**<br>PO Box 42829<br>Austin TX 78704.0044 | | - | DATE INCURRED:  **5/4/09**<br>CONSIDERATION:<br>**Collecting for - GEMB / Wal-Mart**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxxxxx6021<br>**PayPal/WAMU Visa**<br>PO Box 45950<br>Omaha NE 68145.0950 | | - | DATE INCURRED:  **4/1/10**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $36.51 |
| ACCT #:   xxxxxxxxxxxxxx0187<br>**Pentagroup Financial, LLC**<br>5959 Corporate Drive, Suite 1400<br>Houston TX 77036 | | - | DATE INCURRED:  **9/22/09**<br>CONSIDERATION:<br>**Collecting for - GEMB**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xx3876<br>**Physicians Immediate Care- Chicago**<br>PO Box 544, Dept 5390<br>Milwaukee, WI 53201-0544 | | - | DATE INCURRED:  **11/14/09**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $30.00 |
| ACCT #:   xxxxx xxxxxxxxx0004<br>**PLS Loan Store**<br>1515 Western Avenue<br>Chicago Heights IL 60411 | | - | DATE INCURRED:  **11/30/09**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $515.88 |

Sheet no. ___20___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $932.39

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colleen P Guerra**                                    Case No. _____

                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx xxxxxxxxx0002<br>**PLS Loan Store**<br>**1515 Western Avenue**<br>**Chicago Heights IL 60411** | | - | DATE INCURRED:  **11/30/09**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $396.18 |
| ACCT #:  xx.xx3102<br>**Posen Fire Department**<br>**2440 W Walteer Zimmy Drive**<br>**Posen IL 60469** | | - | DATE INCURRED:  **08/6/09**<br>CONSIDERATION:<br>**Emergency**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:  xxxxxxxxxxxxxx xxxxx0784<br>**Precision Recovery Analytics**<br>PO Box 92109<br>**Austin TX 78709.2109** | | - | DATE INCURRED:  **05/3/10**<br>CONSIDERATION:<br>**Collecting for - GEMB/Wal-mart**<br>REMARKS:<br>**$1063.02** | | | | $0.00 |
| ACCT #:  xxx3897<br>**Professional Recovery Consultants**<br>**2700 Meridan Parkway Suite 200**<br>**Durham NC 27713.2204** | | - | DATE INCURRED:  **5/5/09**<br>CONSIDERATION:<br>**Collecting for - Branch Banking & Trust Co (1st)**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx9458<br>**Pronger Smith Medical Care**<br>**2320 West High Street**<br>**Blue Island IL 60406** | | - | DATE INCURRED:  **9/26/09**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,019.00 |
| ACCT #:  xxxxxx14-01<br>**Pronger Smith Medical Care**<br>**2320 West High Street**<br>**Blue Island IL 60406** | | - | DATE INCURRED:  **04/12/10**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,704.00 |

Sheet no. ___21___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $4,219.18

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**                                              Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxx / xxxxxxxxxxxx7380**<br>**Protocol Recovery Service, Inc.**<br>**509 Mercer Avenue**<br>**Panama City FL 32401** | | - | DATE INCURRED: **12/16/09**<br>CONSIDERATION:<br>**Collecting for - HSBC Bank Nevada**<br>REMARKS:<br>**Granite Asset Management LLC** | | | | $0.00 |
| ACCT #:  **xxxxxx1922**<br>**Quest Diagnostics Incorporated**<br>**PO Box 740698**<br>**Cincinnati OH 45274.0698** | | - | DATE INCURRED:  **06/13/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $160.00 |
| ACCT #:  **xxx x xxxxxx6539**<br>**Radiologists of Dupage SC**<br>**520 E 22nd Street**<br>**Lombard IL 60148** | | - | DATE INCURRED:  **1/31/10**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $27.80 |
| ACCT #:  **xx3116**<br>**Radiology Imaging Consultants**<br>**PO Box 1886**<br>**Harvey IL 60426** | | - | DATE INCURRED:  **8/29/09**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $33.00 |
| ACCT #:  **xx1720**<br>**Rapha Primary Care Center of Fayettevill**<br>**PO Box 53904**<br>**Fayetteville NC 28305.3904** | | - | DATE INCURRED:  **1/2/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $187.09 |
| ACCT #:  **xxxxxxxxxxxx3255**<br>**Resurgent Capital Sercies L.P.**<br>**PO Box 10497**<br>**Greenville SC 29603** | | - | DATE INCURRED:  **09/01/10**<br>CONSIDERATION:<br>**Collecting for - Best Buy - Granite Asset**<br>REMARKS: | | | | $0.00 |

Sheet no. __22__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $407.89

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx7380<br>**Resurgent Capital Services, LP**<br>PO Box 10497<br>Greenville SC 29603 | | - | DATE INCURRED:  10/23/09<br>CONSIDERATION:<br>**Collecting for - HSBC Bank NV, NA**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx / xxxxxxxxxxx0139<br>**RJM Acquisitions LLC**<br>575 Underhill Blvd, Suite 224<br>Syosset NY 11791.3416 | | - | DATE INCURRED:  3/10/09<br>CONSIDERATION:<br>**Collecting for - Wachovia Bank Checking Acct**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx0317<br>**ROI Services Inc.**<br>580 Herndon Parkway<br>Herdon VA 20170 | | - | DATE INCURRED:  03/01/08<br>CONSIDERATION:<br>**Collecting for - Family Dollar**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx1251<br>**Sears Credit Cards**<br>133200 Smith Road<br>Cleveland OH 44130 | | - | DATE INCURRED:  2/13/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $917.49 |
| ACCT #:  xxxxxxxxxxx6901<br>**Sears Premier Card**<br>PO Box 6285<br>Sioux Falls SD 57117 | | - | DATE INCURRED:  10/9/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $902.36 |
| ACCT #:  xxx7800<br>**Silver Lake Family Dental**<br>Suite 14<br>9611 W 165th Street<br>Orland Park IL 60467 | | - | DATE INCURRED:  01/30/10<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $103.53 |

Sheet no. ___23___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $1,923.38

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx7380<br>**Simm Associates, Inc.**<br>**PO Box 7526**<br>**Newark DE 19714.7526** | | - | DATE INCURRED:  **10/23/09**<br>CONSIDERATION:<br>**Collecting for - LVNV Funding LLC**<br>REMARKS: | | | | $0.00 |
| ACCT #:  x xxxx9859<br>**South Suburban Cardiology**<br>**4647 West Lincoln Highway**<br>**Matteson IL 60443** | | - | DATE INCURRED:  **04/16/09**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $35.00 |
| ACCT #:  xxxxxx6396<br>**Southern CA**<br>**2420 Professional**<br>**Rocky Mount NC 27804** | | - | DATE INCURRED:  **06/01/2010**<br>CONSIDERATION:<br>**Collection for Medical**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xx.xxxxxx.0101<br>**Sullivan Urgent Aid Centers**<br>**Dept. 20-6001**<br>**PO Box 5990**<br>**Carol Stream IL 60197** | | - | DATE INCURRED:  **11/30/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $436.00 |
| ACCT #:  xx xxx - #xxxx xxxxxvalu<br>**Supervalu/Jewel-Osco**<br>**819 S. Elmhurst Rd**<br>**Des Plaines, IL 60016** | | - | DATE INCURRED:  **04/5/10**<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS: | | | | $61.81 |
| ACCT #:  xxxx / xxxxxxxxxxx x2896<br>**Target NB**<br>**PO Box 9475**<br>**Minneapolis, MN 55440** | | - | DATE INCURRED:  **2/20/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**90042896095290** | | | | $502.74 |

Sheet no.  **24**  of  **29**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $1,035.55 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx8819<br>Tate & Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia, PA 19154 | | - | DATE INCURRED: 1/11/10<br>CONSIDERATION:<br>Collecting for - BB&T<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxxxx / xxxx.xx7161<br>Telecheck Services, Inc.<br>5251 Westheimer<br>Houston TX 77056 | | - | DATE INCURRED: 3/2/08<br>CONSIDERATION:<br>Check Fees<br>REMARKS: | | | | $45.72 |
| ACCT #:  xx.xxxxx.x - xx9510<br>The Albert Law Firm, PC<br>205 West Randolph Suite 920<br>Chicago IL 60606 | | - | DATE INCURRED: 06/18/10<br>CONSIDERATION:<br>Collecting for - US Bank<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx xxx8114<br>The Cash Store - #343<br>266 E Roosevelt Road<br>Lombard IL 60148 | | - | DATE INCURRED: 12/31/09<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $1,255.08 |
| ACCT #:  xxxx-xxxx-xxxx-9664<br>The Children's Place Plan<br>915 Secaucus Road<br>Secaucus NJ 07094 | | - | DATE INCURRED: 10/01/07<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $640.58 |
| ACCT #:  xxxxxxxxxxx5942<br>The Home Depot/CBSD<br>Ccs Gray Ops Center<br>Gray TN 37615 | | - | DATE INCURRED: 02/10/09<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $752.56 |

Sheet no. __25__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $2,693.94

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx.xxxxxxxx1.001<br>Time Warner Cable<br>6202 Racford Road<br>Fayetteville NC 28304 | | - | DATE INCURRED:  7/6/08<br>CONSIDERATION:<br>**Cable**<br>REMARKS: | | | | $354.97 |
| ACCT #:  xxxxxxxxxxxx3255<br>ToysRus & BabiesRus<br>201 N Walnut Street<br>Wilmington DE 19801 | | - | DATE INCURRED:  02/01/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $872.21 |
| ACCT #:  xxxxx xxxxxx6696<br>Transworld Systems<br>1375 East Woodfield $110<br>Schaumburg IL 90173 | | - | DATE INCURRED:  04/13/10<br>CONSIDERATION:<br>**Collecting for - High Street Pharmacy**<br>REMARKS: | | | | $0.00 |
| ACCT #:  x 8776<br>Tricare North Region<br>PO Box 870148<br>Surfside Beach SC 29587.9748 | | - | DATE INCURRED:  1/30/08<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,731.00 |
| ACCT #:  xxxxx1169<br>Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster IN 46321 | | - | DATE INCURRED:  8/6/09<br>CONSIDERATION:<br>**Collecting for - Oaklawn Radiology Imaging Cons** C<br>REMARKS:<br>**10061723** | | | | $0.00 |
| ACCT #:  xxxxx8683<br>United Recovery Service LLC<br>18525 Torrence Avenue, Suite C6<br>Lansing IL 60438 | | - | DATE INCURRED:  08/12/09<br>CONSIDERATION:<br>**Collecting for - Advocate Medical Group**<br>REMARKS:<br>**8/12/09** | | | | $0.00 |

Sheet no. __26__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,958.18

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx7222<br>**United Recovery Service LLC**<br>18525 Torrence Avenue, Suite C6<br>Lansing IL 60438 | | - | DATE INCURRED:  **3/3/10**<br>CONSIDERATION:<br>**Collecting for - Neurology Consultants**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xx9510<br>**US Bank**<br>Cardmember Service<br>PO Box 6352<br>Fargo ND 58125.6352 | | - | DATE INCURRED:  **06/18/10**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,120.98 |
| ACCT #:  xxxxxxxxxx6901<br>**Valentine & Kebartas, Inc.**<br>PO Box 325<br>Lawrence MA 01842 | | - | DATE INCURRED:  **10/9/09**<br>CONSIDERATION:<br>**Collecting for - Sears Card / Collect America**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx9118<br>**Vantage Source**<br>PO Box 6786<br>Dothan AL 36302 | | - | DATE INCURRED:  **2/23/10**<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxx1251<br>**Velocity Investments, LLC**<br>PO Box 788<br>Wall, New Jersey 07719 | | - | DATE INCURRED:  **10/28/10**<br>CONSIDERATION:<br>**Collecting for - Citibank**<br>REMARKS:<br>**11M1 113043 $902.36** | | | | $0.00 |
| ACCT #:  xx xx xx3043<br>**Velocity Investments, LLC**<br>PO Box 788<br>Wall, New Jersey 07719 | | - | DATE INCURRED:  **08/1/2011**<br>CONSIDERATION:<br>**Collecting for - Bank of America**<br>REMARKS:<br>**$1238.67** | | | | $0.00 |

Sheet no. ___27___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $6,120.98

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx0001<br>**Verizon Wireless**<br>One Alpharetta Place<br>Alpharetta GA 30004 | | - | DATE INCURRED:  **10/21/10**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $386.51 |
| ACCT #:  xxxx8984<br>**Verizon Wireless Bankruptcy Administrati**<br>PO Box 3397<br>Bloomington IL 61702 | | - | DATE INCURRED:  **01/01/09**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $386.51 |
| ACCT #:  xxxxxxxxx.x0001<br>**Verizon Wireless/Great**<br>1515 Woodfield Road, Suite 140<br>Schaumburg IL 60173 | | - | DATE INCURRED:  **2/2/10**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $296.48 |
| ACCT #:  xxxx8642<br>**Wachovia Bank**<br>7027 Miller Road<br>Warren MI 48092 | | - | DATE INCURRED:  **07/01/2010**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $7,226.00 |
| ACCT #:  xxxx.xxxx.xxxx.4200<br>**Wachovia Platinum**<br>PO Box 105204<br>Atlanta GA 30348.5204 | | - | DATE INCURRED:  **2/13/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,992.62 |
| ACCT #:  xxxxxxxx / xxxxxxxxxx0139<br>**Wachovia Platinum**<br>PO Box 105204<br>Atlanta GA 30348.5204 | | - | DATE INCURRED:  **7/3/08**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $349.48 |

Sheet no. ___28___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $15,637.60

Total >

*(Use only on last page of the completed Schedule F.)*
*(Report also on Summary of Schedules and, if applicable, on the*
*Statistical Summary of Certain Liabilities and Related Data.)*

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colleen P Guerra**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxxx9393<br>**Walmart**<br>PO Box 530927<br>Atlanta GA 30353-0927 | | - | DATE INCURRED:  **12/22/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,063.02 |
| ACCT #:   xxxx-xxxx-xxxx-4200<br>**Wells Fargo Bank Card**<br>PO Box 5445<br>Portland OR | | - | DATE INCURRED:  **11/01/07**<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $206.00 |
| ACCT #:   xxxxxxx / xxxx xxxxxxx xxxuron<br>**Wells Fargo Insurance Service Center**<br>PO Box 4050<br>Corapolis PA 15108.6944 | | - | DATE INCURRED:  **10/3/08**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $1,164.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __29__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $2,433.02

Total > $91,687.93

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **Colleen P Guerra**

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Colleen P Guerra**                                            Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Colleen P Guerra**                                      Case No. _____
                                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Single** | Relationship(s):  Child | Age(s): 11 | Relationship(s):                    Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Unemployed | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $0.00 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $275.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. Unemployment _____ | $2,028.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $2,303.00 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,303.00 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $2,303.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:    **Colleen P Guerra**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>      a. Are real estate taxes included?   ☑ Yes   ☐ No <br>      b. Is property insurance included?   ☑ Yes   ☐ No | $1,250.00 |
| 2. Utilities:   a. Electricity and heating fuel <br>             b. Water and sewer <br>             c. Telephone <br>             d. Other: | $300.00 <br><br> $110.00 |
| 3. Home maintenance (repairs and upkeep) <br> 4. Food <br> 5. Clothing <br> 6. Laundry and dry cleaning <br> 7. Medical and dental expenses <br> 8. Transportation (not including car payments) <br> 9. Recreation, clubs and entertainment, newspapers, magazines, etc. <br> 10. Charitable contributions | <br> $300.00 <br><br><br><br> $280.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>             a. Homeowner's or renter's <br>             b. Life <br>             c. Health <br>             d. Auto <br>             e. Other: | <br><br><br><br> $75.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) <br>             a. Auto: <br>             b. Other: <br>             c. Other: <br>             d. Other: | |
| 14. Alimony, maintenance, and support paid to others: <br> 15. Payments for support of add'l dependents not living at your home: <br> 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> 17.a. Other: <br> 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, <br> if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,315.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $2,303.00 |
| b. Average monthly expenses from Line 18 above | $2,315.00 |
| c. Monthly net income (a. minus b.) | ($12.00) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Colleen P Guerra**                                         Case No. _____
                                                                              (if known)


## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**45**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **9/8/2011** _____        Signature _____
                                                                 *Colleen P Guerra*

Date _____        Signature _____

[If joint case, both spouses must sign.]

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, non-attorney** _____        **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** _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No.
                                                                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the*
*officer, principal, responsible person, or partner who signs this document.*

**15028 S Cicero Ave Ste B**
**Oak Forest IL 60452**



_____        **9/8/2011** _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for*
*each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may*
*result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or*
*both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Colleen P Guerra**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐   a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Patricia Griffin 14757 Lorel Avenue, Oak Forest IL 60452 | 8/1, 9/1 | $1250 | |

---

None ☑   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Velocity Investments 2011-M1-113043 | $1238.67 | Clerk of the Circuit Court Daley Center | judgement wage garnishment |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Colleen P Guerra**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Alpine Capital Inv**<br>2010-M1-166353 | **$6120.98 debt** | **First Municipal, Clerk of**<br>**the Circuit Court** | **wage garnishment** |
| **Prescision Recovery Analytics,**<br>**Inc.**<br>**11 M1 120219** | **$1063.02 consumer**<br>**debt** | **Small claims Circuit**<br>**Court of**<br>**Cook County** | **summons served** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns
None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships
None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts
None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses
None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy
None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Andria Guerra**<br>**15028 S Cicero, Ste B**<br>**Oak Forest IL 60452** | **9/8/11** | **$50 typing** |

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Colleen P Guerra**                                    Case No. _____
                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 2

A123 Credit Counselors                     09/08/2011              pre-filing credit counseling
701 NW 62nd Avenue                                                  $30
Suite 160
Miami, FL 33126

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Jonathan Guerra - Divorced - 2008**

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:    **Colleen P Guerra**                                                          Case No. _____

                                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑    c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None ☑    a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Colleen P Guerra**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☑  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Colleen P Guerra**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _9/8/2011_____

Signature
of Debtor  *Colleen P Guerra*

Date  _____

Signature
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:    **Colleen P Guerra**

Case No. _____
_____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, non-attorney**                     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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 S Cicero Ave Ste B**
**Oak Forest IL 60452**


_____          9/8/2011
Signature of Bankruptcy Petition Preparer            Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Colleen P Guerra**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

PART B – Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| **Lessor's Name:**<br>None | | YES ☐        NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   9/8/2011

Signature   *Colleen P Guerra*
Colleen P Guerra

Date

Signature

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Colleen P Guerra**<br>**16024 Forest Avenue**<br>**Oak Forest IL 60452**<br>**Debtor(s) in pro per**<br>**(708) 704-4734** | |

| In re:<br>**Colleen P Guerra** | CASE NO.: |
|---|---|
| | CHAPTER:  **7** |
| | Debtor Address:<br>**16024 Forest Avenue**<br>**Oak Forest IL 60452** |

| Social Security Number:  **xxx-xx-0819** | Employer's Tax I.D. Number: |
|---|---|

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For document preparation services, I have agreed to accept | **$50.00** |
| Prior to the filing of this statement I have received | **$50.00** |
| Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):
**bankruptcy documents**

and provided the following services (itemize):
**Typing ($50.00)**

3. The source of the compensation paid to me was:
☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
☑ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| Name | SSN |
|---|---|
| **Andria Guerra** | **336.56.3022** |

In re: **Colleen P Guerra**

CASE NUMBER:
CHAPTER:   **7**

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____
Signature

_____
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
Social Security Number

_____
9/8/2011
Date

Name (Print):   **Andria Guerra**

Address:   **15028 S Cicero Ave Ste B
Oak Forest IL 60452**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:    **Colleen P Guerra**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   9/8/2011 _____

Signature _____
Colleen P Guerra

Date _____

Signature _____