UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Susan Pierson Sonderby | Hearing Date | 12/20/11 |
| | | Adversary No. | |
| Bankruptcy Case No. | 11-37746 | | |
| Title of Case | Colleen Guerra | | |

**Brief Statement of Motion:** Order extending time to pay the filing fee

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

IT IS ORDERED that the time is extended for the debtor to pay the filing fee. The installment payments will be due as follows: The first payment of $74.75 is due on or before January 6, 2012. The second payment of $74.75 is due on or before February 6, 2012. The third payment of $74.75 is due on or before March 6, 2012. The fourth and final payment of $74.75 is due on or before April 6, 2012.

The court's motion to dismiss for failure to pay the filing fee is continued to January 10, 2012 at 10:30 a.m. in courtroom 642 to see if the first payment has been made.

6/11/99